UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACEY A MACALISTER,

                Plaintiff,

– *against* –

MILLENIUM HOTEL & RESORTS;
M&C HOTELS, NYC; PAUL WONG,
PRESIDENT, NORTH AMERICA;
HILARY TOLMAN, VICE PRESIDENT,
HUMAN RESOURCES; and
LAWRENCE LEE, SVP, HUMAN
RESOURCES,

                Defendants.

**ORDER**

17 Civ. 6189 (ER)

RAMOS, D.J.:

      The parties are hereby ORDERED to file a joint status report by December 3, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

      SO ORDERED.

Dated:  November 19, 2020
           New York, New York

                                            EDGARDO RAMOS, U.S.D.J.