**MEMO ENDORSED**

## LAW OFFICES OF CYNTHIA A. AUGELLO, P.C.

65 HILTON AVENUE
GARDEN CITY, NEW YORK 11530
TEL: 516-888-1208
FAX: 631-693-6088
EMAIL: CAUGELLO@AUGELLOLAW.COM
WWW.AUGELLOLAW.COM

> Granted. The parties are directed to submit a joint proposed discovery schedule by April 9, 2021. The Clerk of Court is respectfully directed to terminate the motion. Doc. 63.
>
> So ordered.
>
> *(signed)* Edgardo Ramos, U.S.D.J
> Dated: 3/26/2021
> New York, New York

March 25, 2021

**VIA ECF**
Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   MacAlister v. Millennium Hotels & Resorts, et al.
        Civil Action Number: 17-cv-6189

Dear Judge Ramos:

This firm represents Defendant Millennium Hotels in the above referenced action. At this time, we write to provide the Court with an update and request a short extension of time to submit a proposed discovery schedule. The parties are continuing to work towards settlement. Concerning the proposed discovery schedule, Plaintiff had to leave town for an emergency and will be unable to review the schedule until after April 2, 2021. As such, we respectfully request an extension of time until April 9, 2021 to submit the joint proposed discovery schedule. As the Court is aware, Plaintiff is *pro se* and the undersigned did not want to submit a proposed schedule without giving Plaintiff time to review same.

Thank you for your time and consideration.

Respectfully submitted,

*Cynthia A. Augello*

_____
Cynthia A. Augello

cc:   Stacey MacAlister (via ECF)