**MEMO ENDORSED**

# LAW OFFICES OF CYNTHIA A. AUGELLO, P.C.

65 HILTON AVENUE
GARDEN CITY, NEW YORK  11530
TEL: 516-888-1208
FAX: 631-693-6088
EMAIL: CAUGELLO@AUGELLOLAW.COM
WWW.AUGELLOLAW.COM

> The July 15, 2022 conference is adjourned.  SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: July 12, 2022
> New York, New York

July 12, 2022

*VIA ECF*
Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York  10007

Re:   MacAlister v. Millennium Hotels & Resorts, et al.
      Civil Action Number:  17-cv-6189

Dear Judge Ramos:

This firm represents Defendant Millennium Hotels in the above referenced action.  At this time, we write, jointly with Plaintiff, to advise the Court that the parties have resolved the above manner and will now begin the process of reducing the settlement to paper. To that end, the parties respectfully request that the conference scheduled for July 15, 2022 be adjourned. Counsel for Defendant anticipates having a draft settlement agreement to Plaintiff on or before July 22, 2022.

We thank the Court for its time, consideration, and patience throughout the pendency of this action.

Respectfully submitted,

*Cynthia A. Augello*

_____
Cynthia A. Augello

cc:   Stacey MacAlister (via ECF)